13 A.3d 1291

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**John M. MARCONI, Respondent.**

Supreme Court of Pennsylvania.

Feb. 25, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of February 2011, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by the Petitioner, is:

Whether Superior Court erred in ruling that sheriffs and their deputies lack authority to operate DUI checkpoints, and that [R]espondent's arrest in that setting was therefore illegal, because that ruling conflicts with this Court's unanimous decision in [*Commonwealth, Dept. of Transp., Bureau of Driver Licensing v. Kline,* 741 A.2d 1281, 1282 (1999) ], upholding an arrest for DUI made by a deputy sheriff participating in a sheriff-run checkpoint, which was neither overturned nor modified by the Court's subsequent decisions in [*Kopko v. Miller,* 586 Pa. 170, 892 A.2d 766 (2006) ] and [*Commonwealth v. Dobbins,* 594 Pa. 71, 934 A.2d 1170 (2007) ].